IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GREGORY LAMAR JEFFRIES, ) <br> ) <br> and ) <br> ) <br> J. DAVID GRANBERRY, in his ) <br> capacity as REGISTER OF DEEDS for ) <br> Mecklenburg County, North Carolina, ) <br> ) <br> Defendants. ) | CIVIL NO.3:10CV388 |

## CONSENT JUDGMENT

This matter comes on for consideration of the action filed by the United States on August 19, 2010. It appears that the United States of America (by and through the undersigned counsel), Defendant J. David Granberry, Register of Deeds for Mecklenburg County (in his official capacity, by and through his counsel), and Gregory Lamar Jeffries *(pro se)* have agreed to settle this matter by Consent Judgment. Therefore, the Court makes the following findings of fact and rulings of law.

1. The Court has jurisdiction over this action pursuant to 28 U.S.C. § 1345, § 2201, and § 2202.

2. Defendant Gregory Lamar Jeffries resides in Charlotte, North Carolina, and stipulates to the Court's jurisdiction over him in this case.

3. J. David Granberry is currently the elected Register of Deeds for Mecklenburg County, North Carolina, and maintains his principal place of business in Mecklenburg County,

North Carolina, within the Western District of North Carolina. Mr. Granberry was sued solely in his official capacity for the purpose of obtaining the requested relief and no damages, costs or fees are being sought against him by this action.

4. Plaintiff, (by and through the undersigned counsel), Defendant J. David Granberry, Register of Deeds for Mecklenburg County (in his official capacity, by and through his counsel), and Gregory Lamar Jeffries *(pro se)* have stipulated to dismissal without prejudice of Defendant Jared Lamar Jeffries.

5. On March 8, 2010, in the District Court for the Western District of North Carolina, a federal jury found Jared Lamar Jeffries guilty of three counts of violating firearms laws.

6. The purported debtors listed on the filed documents at issue in this case are officers, agents or employees of the United States who were involved with the adjudication of the offenses committed by Jared Lamar Jeffries and prosecuted in the Western District of North Carolina.

7. The Honorable Frank D. Whitney was the United States District Judge who presided over Jared Lamar Jeffries' criminal prosecution and trial in the Western District of North Carolina.

8. The Honorable David Keesler was the United States Magistrate Judge who adjudicated certain matters in Jared Lamar Jeffries' criminal case in the Western District of North Carolina.

9. On May 20, 2010, Jared Lamar Jeffries and Defendant Gregory Jeffries filed and caused to be filed certain Documents in the Office of the Register of Deeds of Mecklenburg County ("Filed Documents"), and these Filed Documents are attached to the Complaint herein as Exhibits A, B, C and D. (The Filed Documents also appear as Exhibits to Document 19 filed in

Criminal Case Number 3:09CR217.)

10. The Filed Documents are not signed by the purported debtors, make no reference to any debt instrument signed by the purported debtors and are facially invalid or meaningless.

11. The United States of America, the purported debtors, individually and collectively, have never consented to the encumbering of their properties or their names by Jared Lamar Jeffries or Defendant Gregory Lamar Jeffries, and are not now, nor have they ever been, indebted to Jared Jeffries or Defendant Gregory Jeffries.

It is therefore ORDERED, ADJUDGED AND DECREED that the following Filed Documents which were filed and caused to be filed by Jared Lamar Jeffries and Defendant Gregory Lamar Jeffries, with the Office of the Register of Deeds for Mecklenburg County, North Carolina, purportedly evidencing monetary liens against the purported debtors are declared null, void and without legal effect:

> the so-called Bond to Discharge Attachment for Debt (Exhibit A to the Complaint and filed in Book 25632 beginning at Page 725 of the Mecklenburg Public Registry – document # 2010057983); Affidavit in Commerce, of Verified Complaint by Declaration in Support of Arrest a/k/a Criminal Complaint for Trespass (Exhibit B to the Complaint and filed in Book 25632 beginning at Page 731 of the Mecklenburg Public Registry – document # 2010057984); Notice and Demand After Bond Delivered Pertaining to Public Fraud, Law, Money and Commercial Liens a/k/a subpoena, a/k/a order a/k/a notice (Exhibit C to the Complaint and filed in Book 25632 beginning at Page 737 of the Mecklenburg Public Registry – document # 2010057985); Bid Bond; Performance Bond; Payment Bond; Affidavit of Individual Surety; Release of Personal Property from Escrow (collectively Exhibit D to the Complaint and filed in Book 25632 beginning at Page 741 of the Mecklenburg Public Registry – document # 2010057986).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant Jared Lamar Jeffries is dismissed without prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant J. David

Granberry, Mecklenburg County Register of Deeds, is directed to file this Consent Judgment, index the parties identified in the pleadings, and cross reference this Consent Judgment to the fraudulent documents index.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant Gregory Lamar Jeffries is permanently enjoined from entering, filing or attempting to file any Bond to Discharge Attachment for Debt, bond, judgment, order, UCC form, lien, or other similar document against the United States and/or its agents, officers, employees, or former employees, and from otherwise attempting to interrupt, hinder or impede agents, officers, employees, or former employees of the United States in the performance of their official duties without express permission of this Court.

Signed: December 28, 2010

Graham C. Mullen
United States District Judge

**WE AGREE:**

ANNE M. TOMPKINS
UNITED STATES ATTORNEY


**s/James M. Sullivan**
JAMES M. SULLIVAN
ASSISTANT UNITED STATES ATTORNEY

J. DAVID GRANBERRY
REGISTER OF DEEDS
for Mecklenburg County, N.C.


**s/Robert S. Adden, Jr.**
ROBERT S. ADDEN, JR.
Counsel for Defendant J. David Granberry,
Register of Deeds for Mecklenburg County, N.C.


**s/ Gregory Lamar Jeffries**
GREGORY LAMAR JEFFRIES, pro se